## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

### No. 95-40432
### Summary Calendar
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**JOSE MARIA MENDOZA,**

**Defendant-Appellant.**

_____

### Appeal from the United States District Court
### for the Southern District of Texas
### (L-94-CR-191-01)
_____

February 8, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Jose Maria Mendoza appeals his conviction and sentence for conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A). He asserts that the evidence was not sufficient to independently corroborate his confession. *See **United States v. Ybarra**, __ F.3d __, 1195 WL 692990 (5th Cir. 1995) (quoting **Smith v. United States**, 348 U.S. 147, 152-53 (1954), for recognition of general rule that accused may not be convicted on his own uncorroborated confession).

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Needless to say, we will not disturb a verdict on insufficiency of evidence grounds if a reasonable trier of fact could find that the evidence established guilt beyond a reasonable doubt. *E.g., **United States v. Bell***, 678 F.2d 547, 549 (5th Cir. 1982) (en banc), *aff'd*, 462 U.S. 356 (1983). We find more than sufficient evidence to corroborate Mendoza's inculpatory statements and sufficient evidence from which a reasonable jury could have concluded that Mendoza conspired to possess cocaine with intent to distribute.

Accordingly, we

**AFFIRM.**